IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN HARDNEY,**<br><br>Plaintiff,<br><br>v.<br><br>**M. PORTER, et al.,**<br><br>Defendants. | Case No. CV 10-3385 SVW (AGR)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____

The Hon. Stephen V. Wilson

1